UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Tyler Roswold,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 5:24CV137 AW-MJF
*(To be filled in by the Clerk's Office)*

v.

Church of Jesus Christ of Latter Day Saints
DCF — See attached

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☑ YES  ☐ NO

FILED USDC FLND PN
JUN 28 '24 AM10:22  AB

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: Tyler Roswold

   Address: General Delivery (Homeless)

   City, State, and Zip Code: Panama City, FL 32401

   Telephone: _____ (Home) 850 501 9619 (Cell)

2. Plaintiff's Name: _____

   Address: _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Church of Jesus Christ of LDS

   Official Position: _____

   Employed at: _____

   Mailing Address: 36 S State St #1900
   SLC, UT 84111

   ☐ Sued in Individual Capacity       ☑ Sued in Official Capacity

2. Defendant's Name: Florida Department of Children & Families

   Official Position: _____

   Employed at: _____

   Mailing Address: 2415 N Monroe St Ste 400
   Tallahassee, FL 32303

   ☐ Sued in Individual Capacity       ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)     ☑ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. **Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.** You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.**

This complaint form is nowhere near long enough to tell the entire story. I will be filing an actual complaint. Your rules have hindered my ability to access justice by making me fill out paperwork unneccesarily.

**Factual Allegations, Continued** *(Page ___ of ___)*

I was molested in the mormon Church, they coerced my mother to give us up for adoption so she could marry the molester, and used the adoption in collaboration with DCF to fraud the court during my adoption.

After, I was falsely diagnosed, falsely incarcerated, and drugged against my will for years.

I have been denied service in the armed forces because of these events, and it has ruined every relationship I've ever had — family, friend, or romantic.

I've written my own complaint, 37 defendants, 34 compound violations, 1100 pages of evidence.

Ninety-four attorneys refused to help, saying "its too dirty" or "I dont practice that kind of law."

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

Too many to list here, but at least right to due process + right to effective counsel during juvenile proceedings

1100 pages of evidence will be attached to amended complaint.

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

One billion dollars, USD, non-taxable, laws changed, DCF officials fired and banned from working with children, no more church/private adoptions, property

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 6-26-24  Plaintiff's Signature: _____

Printed Name of Plaintiff: Tyler Roswold (Homeless)

Address: General Delivery
Panama City, FL 32401

E-Mail Address: tyler.roswold@gmail.com

Telephone Number: __850 501 9619__

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

Tyler Reewold
General Delivery
Panama City, FL 32401

Clerk of Court, Northern District
1 N Palafox St
Pensacola, FL 32502

JUN 28 2024

PANAMA CITY FL 32405
JUN 26 2024
NORTHSIDE STATION