UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYLER ROSWOLD,

    Plaintiff,

v.                                                                               Case No. 5:24-cv-137-AW/MJF

CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS and FLORIDA
DEPARTMENT OF CHILDREN AND
FAMILIES,

    Defendants.
_____/

## **ORDER**

This matter is before this court on Plaintiff's motion for leave to file an amended complaint that exceeds the page limitation imposed by the Local Rules. Doc. 11. Plaintiff has not attached a copy of the proposed amended complaint to his motion because he has not yet completed drafting it. *Id.* Because this court cannot yet review a theoretical amended complaint to determine whether an exception to the page limitation is warranted, and because Plaintiff has not shown good cause to file such an amended complaint, Plaintiff's motion must be denied.

Regardless, Plaintiff certainly does not need a lengthy complaint to comply with the Federal Rules of Civil Procedure. To state a claim for relief, an amended complaint should contain only "a **short** and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2) (emphasis added).

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for leave to file an amended complaint in excess of the page limitation imposed by the Local Rules is **DENIED** without prejudice.

2. **On or before September 18, 2024**, Plaintiff shall file:

   a. a notice of voluntary dismissal; or

   b. an amended complaint that complies with the court order, Doc. 7.

3. Failure to comply timely with this order likely will result in dismissal of this civil action for failure to state a plausible claim for relief, failure to comply with a court order, and failure to prosecute.

**SO ORDERED** this 28th day of August, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**