**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**TYLER ROSWOLD,**

      **Plaintiff,**

**v.**                                      **Case No. 5:24-cv-137-AW-MJF**

**CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, et al.,**

      **Defendants.**

_____/

## **ORDER OF DISMISSAL**

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 46) and incorporate it into this order. There has been no objection.

The magistrate judge concludes there are two independent reasons for dismissal: Plaintiff has not effected service, and Plaintiff has not complied with court orders. I agree that dismissal is appropriate for each of these independent reasons.

As to the failure to effect service, I have independently considered whether other circumstances would justify a still further extension. *See Bilal v. Geo Care, LLC*, 981 F.3d 903, 919 (11th Cir. 2020). With a Plaintiff unwilling to comply with court orders or to complete service nearly two years into the case, I conclude no further extension is warranted.

1

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on June 8, 2026.

s/ *Allen Winsor*
Chief United States District Judge